# STATE OF MICHIGAN

# COURT OF APPEALS

TYANN SHELTON,

        Plaintiff-Appellee,

and

DWAYNE WILLIAMS,

        Plaintiff,

and

MICHIGAN CRNAS STAFFING, LLC,

        Intervening Plaintiff,

v

AUTO-OWNERS INSURANCE COMPANY,

        Defendant-Appellant.

FOR PUBLICATION
February 14, 2017

No. 328473
Wayne Circuit Court
LC No. 13-010612-NF

Before: K. F. KELLY, P.J., and GLEICHER and SHAPIRO, JJ.

K. F. KELLY, P.J. (*concurring*).

        I concur in the result only.

        /s/ Kirsten Frank Kelly